**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| In re: | : | MDL Docket No. 4:03CV1507-BRW |
| --- | --- | --- |
|  | : | 4:04CV01981 |
| **PREMPRO PRODUCTS LIABILITY** | : |  |
| **LITIGATION** | : |  |
|  | : |  |
|  | : |  |
| **PATRICIA BALL** | : | **PLAINTIFF** |
|  | : |  |
| **v.** | : |  |
|  | : |  |
| **WYETH, INC., et al.** | : | **DEFENDANTS** |

**ORDER**

Pending is Defendants' Motion for Summary Judgment (Doc. No. 27). Plaintiff has responded.[1]

Defendants contend that they are entitled to summary judgment because Plaintiff, in her fact sheet, did "*not* contend that she experience the basic symptoms of menopause," and, therefore "no expert can reliably rule out the role of *Plaintiff's* endogenous estrogen" in causing her breast cancer.[2] In response, Plaintiff points out that her fact sheet listed "'[f]atigue and temperature changes,' both recognized symptoms of menopause."[3]

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 27) is DENIED.

IT IS SO ORDERED this 21st day of March, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 28.

[2] Doc. No. 27 (emphasis in original).

[3] Doc. No. 28.

1